# EXHIBIT A

| No. | Infringing Site | Video Identificiation No. | Short Title/ Episode Number | Copyright Registration Number |
|---|---|---|---|---|
| | | Exhibit A - List of Infringed Works | | |
| 1 | http://www.shufuni.com | 273532 | AG007 | PA0001678350 |
| 2 | http://www.shufuni.com | 228060 | AG013 | PA0001676425 |
| 3 | http://www.shufuni.com | 230643 | AG013 | PA0001676425 |
| 4 | http://www.pornbanana.com | 228345 | AG013 | PA0001676425 |
| 5 | http://www.pornbanana.com | 230807 | AG013 | PA0001676425 |
| 6 | http://www.shufuni.com | 228054 | AG018 | PA0001676425 |
| 7 | http://www.shufuni.com | 230642 | AG018 | PA0001676425 |
| 8 | http://www.pornbanana.com | 228808 | AG018 | PA0001676425 |
| 9 | http://www.pornbanana.com | 230808 | AG018 | PA0001676425 |
| 10 | http://www.shufuni.com | 228026 | AG033 | PA0001676425 |
| 11 | http://www.shufuni.com | 230650 | AG033 | PA0001676425 |
| 12 | http://www.pornbanana.com | 230804 | AG033 | PA0001676425 |
| 13 | http://www.shufuni.com | 230649 | AG040 | PA0001676425 |
| 14 | http://www.shufuni.com | 228027 | AG047 | PA0001676425 |
| 15 | http://www.shufuni.com | 230677 | AG047 | PA0001676425 |
| 16 | http://www.pornbanana.com | 228811 | AG047 | PA0001676425 |
| 17 | http://www.pornbanana.com | 230751 | AG047 | PA0001676425 |
| 18 | http://www.shufuni.com | 226228 | ASP009 | PA0001649295 |
| 19 | http://www.shufuni.com | 227799 | ASP009 | PA0001649295 |
| 20 | http://www.shufuni.com | 228042 | ASP009 | PA0001649295 |
| 21 | http://www.shufuni.com | 269765 | ASP009 | PA0001649295 |
| 22 | http://www.shufuni.com | 270532 | ASP009 | PA0001649295 |
| 23 | http://www.pornbanana.com | 226619 | ASP009 | PA0001649295 |
| 24 | http://www.pornbanana.com | 228685 | ASP009 | PA0001649295 |
| 25 | http://www.pornbanana.com | 229251 | ASP009 | PA0001649295 |
| 26 | http://www.shufuni.com | 181146 | ASP032 | PA0001646248 |
| 27 | http://www.pornbanana.com | 229255 | ASP065 | PA0001649295 |
| 28 | http://www.pornbanana.com | 227790 | ASP065 | PA0001649295 |
| 29 | http://www.shufuni.com | 276658 | BBG036 | PA0001676351 |
| 30 | http://www.shufuni.com | 224500 | BGBT119 | PA0001676331 |
| 31 | http://www.pornbanana.com | 226151 | BGBT119 | PA0001676331 |
| 32 | http://www.pornbanana.com | 197630 | BJR051 | PA0001676307 |
| 33 | http://www.bshufuni.com | 196863 | BSB004 | PA0001383722 |
| 34 | http://www.shufuni.com | 154562 | CST014 | PA0001383972 |
| 35 | http://www.shufuni.com | 232745 | CST017 | PA0001383721 |
| 36 | http://www.shufuni.com | 271811 | CST018 | PA0001383721 |
| 37 | http://www.pornbanana.com | 283246 | CST018 | PA0001383721 |
| 38 | http://www.shufuni.com | 226220 | CST022 | PA0001649295 |
| 39 | http://www.shufuni.com | 228040 | CST022 | PA0001649295 |
| 40 | http://www.pornbanana.com | 226620 | CST022 | PA0001649295 |
| 41 | http://www.pornbanana.com | 227795 | CST022 | PA0001649295 |
| 42 | http://www.pornbanana.com | 229252 | CST022 | PA0001649295 |
| 43 | http://www.shufuni.com | 284994 | CST028 | PA0001677996 |
| 44 | http://www.shufuni.com | 114431 | CST042 | PA0001382769 |
| 45 | http://www.pornbanana.com | 252178 | CST042 | PA0001382769 |
| 46 | http://www.shufuni.com | 274817 | CST063 | PA0001673998 |
| 47 | http://www.shufuni.com | 272839 | CST076 | PA0001677996 |
| 48 | http://www.shufuni.com | 224486 | CST110 | PA0001649208 |

| | | | | |
|---|---|---|---|---|
| 49 | http://www.pornbanana.com | 227193 | CST110 | PA0001649208 |
| 50 | http://www.shufuni.com | 224487 | CST122 | PA0001649208 |
| 51 | http://www.shufuni.com | 283144 | CST182 | PA0001680239 |
| 52 | http://www.shufuni.com | 283154 | CST192 | PA0001680239 |
| 53 | http://www.shufuni.com | 224498 | CWP121 | PA0001676331 |
| 54 | http://www.pornbanana.com | 227199 | CWP121 | PA0001676331 |
| 55 | http://www.shufuni.com | 231605 | EXH053 | PA0001664642 |
| 56 | http://www.shufuni.com | 296882 | EXH126 | PA0001676347 |
| 57 | http://www.shufuni.com | 213477 | EXH137 | PA0001676347 |
| 58 | http://www.pornbanana.com | 213541 | EXH137 | PA0001676347 |
| 59 | http://www.shufuni.com | 263764 | EXS105 | PA0001664795 |
| 60 | http://www.shufuni.com | 239673 | HBG054 | PA0001646261 |
| 61 | http://www.shufuni.com | 213462 | HCT017 | PA0001676327 |
| 62 | http://www.pornbanana.com | 213522 | HCT017 | PA0001676327 |
| 63 | http://www.shufuni.com | 177266 | HCT033 | PA0001673993 |
| 64 | http://www.shufuni.com | 103358 | HFA126/HFA124 | PA0001673965 |
| 65 | http://www.shufuni.com | 73556 | HFA126/HFA124 | PA0001673965 |
| 66 | http://www.shufuni.com | 110232 | HFA186 | PA0001646233 |
| 67 | http://www.shufuni.com | 240484 | HFA187 | PA0001646285 |
| 68 | http://www.pornbanana.com | 226935 | HFA190 | PA0001678353 |
| 69 | http://www.pornbanana.com | 227309 | HFA190 | PA0001678353 |
| 70 | http://www.shufuni.com | 224852 | HFA197 | PA0001678353 |
| 71 | http://www.pornbanana.com | 226410 | HFA197 | PA0001678353 |
| 72 | http://www.pornbanana.com | 227307 | HFA197 | PA0001678353 |
| 73 | http://www.shufuni.com | 224854 | HFA213 | PA0001678353 |
| 74 | http://www.pornbanana.com | 226936 | HFA213 | PA0001678353 |
| 75 | http://www.pornbanana.com | 227329 | HFA213 | PA0001678353 |
| 76 | http://www.shufuni.com | 294329 | HFB223 | PA0001676357 |
| 77 | http://www.shufuni.com | 238802 | HFB227 | PA0001688069 |
| 78 | http://www.shufuni.com | 238278 | HFDP095 | PA0001649271 |
| 79 | http://www.shufuni.com | 283047 | HFDP115 | PA0001649271 |
| 80 | http://www.shufuni.com | 283061 | HFDP115 | PA0001649271 |
| 81 | http://www.shufuni.com | 231908 | HFDP117 | PA0001673967 |
| 82 | http://www.shufuni.com | 238298 | HFDP131 | PA0001649271 |
| 83 | http://www.shufuni.com | 238289 | HFDP136 | PA0001649271 |
| 84 | http://www.shufuni.com | 238659 | HFDP136 | PA0001649271 |
| 85 | http://www.shufuni.com | 231906 | HFDP139 | PA0001673967 |
| 86 | http://www.shufuni.com | 231899 | HFDP141 | PA0001673967 |
| 87 | http://www.shufuni.com | 238301 | HFDP143 | PA0001649271 |
| 88 | http://www.shufuni.com | 119884 | HFLS016 | PA0001332160 |
| 89 | http://www.shufuni.com | 119957 | HFLS025 | PA0001332160 |
| 90 | http://www.shufuni.com | 268845 | HFLS048 | PA0001383740 |
| 91 | http://www.shufuni.com | 182609 | HFLS049 | PA0001673964 |
| 92 | http://www.shufuni.com | 274361 | HFLS159 | PA0001673998 |
| 93 | http://www.shufuni.com | 154606 | HFLS174 | PA0001614615 |
| 94 | http://www.shufuni.com | 285723 | HWB020 | PA0001329948 |
| 95 | http://www.shufuni.com | 231708 | HWB044 | PA0001664588 |
| 96 | http://www.shufuni.com | 207049 | HWB082 | PA0001676313 |
| 97 | http://www.pornbanana.com | 207343 | HWB082 | PA0001676313 |
| 98 | http://www.shufuni.com | 231709 | HWB087 | PA0001664588 |
| 99 | http://www.shufuni.com | 231726 | HWB087 | PA0001664588 |
| 100 | http://www.shufuni.com | 231695 | HWB100 | PA0001664588 |

| 101 | http://www.shufuni.com | 238109 | MS303 | PA0001688085 |
| 102 | http://www.shufuni.com | 110036 | MS323 | PA0001664562 |
| 103 | http://www.pornbanana.com | 251662 | MS323 | PA0001664562 |
| 104 | http://www.shufuni.com | 240009 | MSTG002 | PA0001676332 |
| 105 | http://www.shufuni.com | 283332 | SH046 | PA0001676418 |
| 106 | http://www.shufuni.com | 268846 | TAP014 | PA0001614613 |
| 107 | http://www.shufuni.com | 226216 | TFC198 | PA0001649295 |
| 108 | http://www.shufuni.com | 228038 | TFC198 | PA0001649295 |
| 109 | http://www.pornbanana.com | 226421 | TFC198 | PA0001649295 |
| 110 | http://www.pornbanana.com | 229253 | TFC198 | PA0001649295 |
| 111 | http://www.pornbanana.com | 227791 | TFC198 | PA0001649295 |
| 112 | http://www.shufuni.com | 266570 | VTL005 | PA0001676341 |