Local Form 440 (12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

VENTURA CONTENT, LTD.,

*Plaintiff*

v.

UGC INTERNET VENTURES LTD., SOBONITO INVESTMENTS, LTD., and DOES 1-9,

*Defendant*

Civil Action No. 1:12-CV-02856-TCB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Sobonito Investments, Ltd.
333 28th October Avenue
Ariadne Building, Apt/Office 31
Limassol, 3106 Cyprus

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ronan P. Doherty (doherty@bmelaw.com)
Randi E. Schnell (schnell@bmelaw.com)
BONDURANT MIXSON & ELMORE LLP
3900 One Atlantic Center
1201 West Peachtree St. NW
Atlanta, GA  30309
Telephone 404-881-4100 / Fax 404-881-4111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



James N. Hatten

*CLERK OF COURT*

Date: October 11, 2012

s/ James Jarvis

*Signature of Clerk or Deputy Clerk*

Local Form 440 (12/09) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: