IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VENTURA CONTENT, LTD.;<br><br>   Plaintiff,<br><br>v.<br><br>UGC INTERNET VENTURES LTD.;<br>SOBONITO INVESTMENTS, LTD. and<br>DOES 1-10,<br><br>   Defendants. | CIVIL ACTION<br>FILE NO. 1:12-CV-02856-TCB |

### CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF UGC INTERNET VENTURES LTD. AND SOBONITO INVESTMENTS, LTD.

Pursuant to L.R. 3.3 of this Court, Defendants UGC Internet Ventures Ltd. and Sobonito Investments, Ltd. ("Defendants") hereby respectfully submit their Certificate of Interested Persons and Corporate Disclosure Statement as follows:

1. The undersigned counsel of record for Defendants in this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

UGC INTERNET VENTURES, LTD.

SOBONITO INVESTMENTS, LTD.

HALIBORNE INVESTMENTS, LTD (*Parent company of Sobonito Investments, Ltd.*)

IML HOLDINGS, LTD (*Parent company of UGC Internet Ventures, Ltd.*)

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

NONE.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

The following is a full and complete list of all attorneys currently appearing in this proceeding on behalf of the Defendants:

RICHARD H. SINKFIELD

PHILLIP S. MCKINNEY

JOSHUA P. GUNNEMANN

Respectfully submitted this 16th day of November, 2012.

/s/*Phillip S. McKinney*
**PHILLIP S. MCKINNEY**
Georgia State Bar No. 495725
**RICHARD H. SINKFIELD**
Georgia State Bar No. 649100
**JOSHUA P. GUNNEMANN**
Georgia Bar No. 152250
Rogers & Hardin LLP
229 Peachtree Street NE
2700 International Tower
Atlanta, GA 30303
Phone: 404-522-4700
Fax: 404-525-2224
Email: psm@rh-law.com
Email: rsinkfield@rh-law.com
Email: jgunnemann@rh-law.com

*Attorneys for Defendants UGC Internet Ventures, Ltd. and Sobonito Investments, Ltd.*

IN THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VENTURA CONTENT, LTD.,<br><br>    Plaintiff,<br><br>  v.<br><br>UGC INTERNET VENTURES, LTD.,<br>SOBONITO INVESTMENTS, LTD.,<br>and DOES 1-9,<br><br>    Defendants. | CIVIL ACTION<br><br>FILE NO. 1:12-CV-02856-TCB |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2012, I served the within and foregoing "Certificate of Interested Persons and Corporate Disclosure Statement of UGC Internet Ventures Ltd. and Sobonito Investments, Ltd." with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to the following counsel of record:

> Ronan P. Doherty
> Georgia Bar No. 224885
> Email: doherty@bmelaw.com
> Randi Engel Schnell
> Georgia Bar No. 248592
> Email: schnell@bmelaw.com
> BONDURANT MIXSON & ELMORE LLP
> 3900 One Atlantic Center
> 1201 W. Peachtree Street, N.W.

Atlanta, Georgia 30309

Gianni P. Servodidio (*pro hac vice*)
Email: gservodidio@jenner.com
Alison I. Stein (*pro hac vice*)
Email: astein@jenner.com
JENNER & BLOCK LLP
919 Third Avenue; 37th Floor
New York, NY 10022-3908

This 16th day of November, 2012.

<u>/s/ Phillip S. McKinney</u>
Phillip S. McKinney
Georgia Bar No. 495725

ROGERS & HARDIN LLP
229 Peachtree Street NE
2700 International Tower
Atlanta, Georgia  30303
Tel:  (404) 522-4700
Fax:  (404) 525-2224
pmckinney@rh-law.com        *Attorneys for Defendants*

2