IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VENTURA CONTENT, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>UGC INTERNET VENTURES, LTD., SOBONITO INVESTMENTS, LTD., and DOES 1-9,<br><br>Defendants. | CIVIL ACTION<br>FILE NO.1:12-CV-02856-TCB |

**PLAINTIFF VENTURA CONTENT, LTD.'S MOTION FOR AN
ORDER DIRECTING THE CLERK OF COURT
TO SERVE DEFENDANTS PURSUANT TO
<u>FEDERAL RULE OF CIVIL PROCEDURE 4(f)(2)(C)(ii)</u>**

Pursuant to Federal Rule of Civil Procedure 4(f)(2)(C)(ii), Plaintiff Ventura Content, Ltd., through its undersigned counsel, respectfully moves this Court for an order directing the Clerk of Court to serve Defendants UGC Internet Ventures, Ltd. and Sobonito Investments, Ltd. by mailing a copy of the Summons and Amended Complaint to Defendants via certified mail return receipt requested.

1033256.1

1

Such manner of service is permitted under the applicable Convention on the Service Abroad of Judicial and Extrajudicial Documents and Federal Rule of Civil Procedure 4(f)(2)(C)(ii) and is reasonably calculated to give notice to Defendants (who have already received actual notice of the Summons and Complaint). Plaintiff's Motion is supported by the Memorandum of Law and the accompanying exhibits that are being filed simultaneously herewith and that are incorporated herein by reference.

Dated: December 17, 2012

Respectfully submitted,

Gianni P. Servodidio (*pro hac vice*)
email: gservodidio@jenner.com
Alison I. Stein (*pro hac vice*)
email: astein@jenner.com
JENNER & BLOCK LLP
919 Third Avenue; 37th Floor
New York, NY 10022-3908
Telephone: (212) 891-1600
Facsimile: (212) 891-1699

/s/ Ronan P. Doherty
Ronan P. Doherty
Georgia Bar No. 224885
email: doherty@bmelaw.com
Randi Engel Schnell
Georgia Bar No. 248592
email: schnell@bmelaw.com
BONDURANT MIXSON &
 ELMORE LLP
3900 One Atlantic Center
1201 W. Peachtree Street, N.W.
Atlanta, Georgia 30309
Telephone (404) 881-4100
Facsimile (404) 881-4111

*Attorneys for Ventura Content, Ltd.*

# RULE 7.1D CERTIFICATE OF FONT SIZE

Pursuant to Local Rule 7.1D of the United States District Court of the Northern District of Georgia, I certify that the foregoing submission was prepared using 14 point Times New Roman font.

/s/ Ronan P. Doherty
Ronan P. Doherty
Georgia Bar No. 224885

# CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the within and foregoing **PLAINTIFF VENTURA CONTENT, LTD.'S MOTION FOR AN ORDER DIRECTING THE CLERK OF COURT TO SERVE DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(2)(C)(ii)** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

>Phillip S. McKinney
>Richard H. Sinkfield
>Joshua P. Gunnemann
>ROGERS & HARDIN LLP
>229 Peachtree Street NE
>2700 International Tower
>Atlanta, GA  30303

This 17th day of December, 2012.

>/s/ Ronan P. Doherty
>Ronan P. Doherty
>Georgia Bar No. 224885