IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VENTURA CONTENT, LTD., <br><br> Plaintiff, <br><br> v. <br><br> UGC INTERNET VENTURES, LTD., SOBONITO INVESTMENTS, LTD., and DOES 1-9, <br><br> Defendants. | CIVIL ACTION <br> FILE NO.1:12-CV-02856-TCB |

## ORDER

This is an action for copyright infringement. It is before the Court on Plaintiff's Motion for an Order Directing the Clerk of Court to serve Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(2)(C)(ii).

Whereas, Article 10(a) of the Convention on the Service Abroad of Judicial and Extrajudicial Documents (the "Hague Convention") permits service upon foreign defendants by international mail pursuant to *inter alia* Federal Rule of Civil Procedure 4(f)(2)(C)(ii) ("Rule 4(f)(2)(C)(ii)");

Whereas, service pursuant to Rule 4(f)(2)(C)(ii) at the addresses set forth below is reasonably calculated to give Defendants notice of the action against them

(in fact, Defendants have already acknowledged receipt of the Amended Complaint);

It is hereby ordered that, pursuant to Rule 4(f)(2)(C)(ii), the Clerk of Court shall serve Defendants UGC Internet Ventures, Ltd. and Sobonito Investments, Ltd. by sending via, *inter alia*, United States postal service international express mail, return receipt requested, one copy of: (1) Plaintiff's Amended Complaint; (2) Summons to Defendant UGC Internet Ventures, Ltd. and Summons to Defendant Sobonito Investments, Ltd.; (3) Civil Cover Sheet; and (4) this Order to Defendants at the following addresses:

UGC Internet Ventures, Ltd.
Attention: Officer or Executive
Nicola Pentadromos Center
9th Floor, off. 905-907, Block A
Corner of Agias & Thessalonilus Str.
Limassol, 3025
Cyprus

UGC Internet Ventures, Ltd.
Attention: Officer or Executive
3076 Sir Francis Drake's Highway
Road Town, Tortola VG1110

Sobonito Investments, Ltd.
Attention: Officer or Executive
Nicola Pentadromos Center
9th Floor, off. 905-907, Block A
Corner of Agias & Thessalonilus Str.
Limassol, 3025
Cyprus

Sobonito Investments, Ltd.
Attention: Officer or Executive
3076 Sir Francis Drake's Highway
Road Town, Tortola VG1110

IT IS SO ORDERED, this __5th__ day of ___February___, 2012.

_____
Timothy C. Batten, Sr.
Judge, United States District Court
Northern District of Georgia