IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VENTURA CONTENT, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>UGC INTERNET VENTURES, LTD.,<br>SOBONITO INVESTMENTS, LTD.,<br>and DOES 1-9,<br><br>Defendants. | CIVIL ACTION<br>FILE NO. 1:12-CV-02856-TCB |

**JUDITH HAMBURGER** declares, pursuant to 28 U.S.C. §1746, that:

1.  I am an Attorney-at-Law in and was admitted to practice law in 1981 in Switzerland. I graduated from Zurich University Law school and have previously worked in different positions for the Zurich district court and practiced law for nearly 20 years at a Zurich based law firm in the areas of commercial and private law as well as succession matters. I have substantial knowledge of commercial and corporate law, including the formation and governance of companies, including pursuant to the laws of Switzerland and the laws of the British Virgin Islands.

2.  I declare that all the facts stated in this declaration are true and accurate to the best of my knowledge based on my understanding of the law, and my position.

3. I am currently the CEO and President of the Board of Directors of Salix Services AG, a privately-held company located and incorporated in Zurich, Switzerland ("Salix"). Salix is the sole director of Gold-Coast Nominees Ltd., ("Gold Coast N"), a privately-held company located and organized under the laws of Anguilla British West Indies and of Gold Coast Directors Ltd. ("Gold Coast D"), a privately-held company located and organized in Anguilla British West Indies. Gold Coast D is the sole director of the privately-held company IML Holdings, Ltd. ("IML"), which is located in and organized under the law of the British Virgin Islands. IML is the parent company and sole director of defendant UGC Internet Ventures, Ltd. ("UGC"), a privately-held company located in and organized under the laws of the British Virgin Islands.

4. Pursuant to my position at Salix and the relationships of the companies as described in paragraph 3 above, at the time I filed my prior declaration submitted in this Action dated November 16, 2012, I believed myself to also be a member of the board of directors of UGC. It has recently come to my attention that this may not be an accurate description of my position and therefore bring this inadvertent misstatement to the attention of the Court.

5. Despite my mistaken impression about my title, at the time I signed the declaration dated November 16, 2012, I had knowledge of the facts set forth therein and was authorized to sign the declaration pursuant to my position at

Salix and the relationship between the companies as described in paragraph 3 above. Documents sufficient to demonstrate my position and authority, and the relationship of the companies set forth in paragraph 3 above are attached hereto as Exhibit A for the convenience of the Court and the parties.

6. Copies of all contracts between UGC and third party vendors related to the Tube Sites are located in Cyprus and such contracts were executed in Cyprus by UGC representatives.

7. All of UGC's accounting documents, correspondence and other corporate records are located in Cyprus.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 20 Feb 2013

_____
JUDITH HAMBURGER

# EXHIBIT A



# COMMERCIAL REGISTER OF CANTON ZURICH

| Identification number | Legal status | Entry | Cancelled | Carried from: on: | 1 |
|---|---|---|---|---|---|
| CH-020.3.034.400-2 | Limited or Corporation | 06.11.2009 | | | |

**All datas**

| In | Ca | Business name | Ref | Legal seat |
|---|---|---|---|---|
| 1 | | **Salix Services AG** | 1 | ~~Küsnacht ZH~~ |
| 1 | | (Salix Services SA) (Salix Services Ltd) | 2 | Zürich |

| In | Ca | Share capital (CHF) | Paid in (CHF) | Shares | In | Ca | Company address |
|---|---|---|---|---|---|---|---|
| 1 | 3 | 500'000.00 | 500'000.00 | ~~500 Inhaberaktien zu CHF 1'000.00~~ | 1 | 2 | ~~Freihofstrasse 22~~ |
| 3 | | | | 500 Namenaktien zu CHF 1'000.00 | | | ~~8700 Küsnacht ZH~~ |
| | | | | | 2 | | Parkring 7 |
| | | | | | | | 8002 Zürich |

| In | Ca | Purpose | In | Ca | Postal address |
|---|---|---|---|---|---|
| 1 | | Gründung und Verwaltung von Gesellschaften aller Art, Organisation und Führung von Buchhaltungen, Steuerberatung, Vermögensverwaltungen, Durchführung von Treuhandgeschäften. Die Gesellschaft kann auch Garantien und Bürgschaften zu Gunsten Dritter abgeben, Liegenschaften für eigene oder fremde Rechnung erwerben, veräussern, verwalten und verwerten sowie sich an anderen Unternehmungen beteiligen. | | | |

| In | Ca | Remarks | Ref | Date of the acts |
|---|---|---|---|---|
| 1 | | Mitteilungen an die Aktionäre erfolgen durch Brief, sofern die Aktionäre und deren Anschrift bekannt sind, und ansonsten durch Publikation im SHAB. | 1 | 28.10.2009 |
| 1 | | Gemäss Erklärung vom 28.10.2009 wurde auf die eingeschränkte Revision verzichtet. | 2 | 23.03.2010 |
| | | | 3 | 16.06.2011 |

| In | Ca | Qualified facts | Ref | Official publication |
|---|---|---|---|---|
| | | | 1 | SHAB |

| In | Ca | Branch offices | In | Ca | Branch offices |
|---|---|---|---|---|---|
| | | | | | |

| Vis | Ref | No journal | Date | SOGC | Date SOGC | Page / Id | Vis | Ref | No journal | Date | SOGC | Date SOGC | Page / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ZH | 1 | 43515 | 06.11.2009 | 220 | 12.11.2009 | 26 / 5339340 | | | | | | | |
| ZH | 2 | 13149 | 31.03.2010 | 67 | 08.04.2010 | 30 / 5577680 | | | | | | | |
| ZH | 3 | 22386 | 21.06.2011 | 121 | 24.06.2011 | 6221038 | | | | | | | |

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 1 | | | Hamburger-Ornstein, Judith, von Lugano, in Zürich | president of the board of directors | single signature |
| 1 | | | Meyer, Dr. Philippe, von Zürich, in Zollikon | member of the board of directors | single signature |
| 2 | | | Löwy, Andrea Barbara, von Zürich, in Zürich | director | joint signature at two |
| 2 | | | Brunner, Jacqueline, von Zürich und Glattfelden, in Gossau ZH | director | joint signature at two |

Zürich, 22.01.2013 09:41

The information above is given with not commitment and is in no way legally binding. Only the company record (extract) issued and certified by the commercial Registery Office of Zurich and the text published in the Swiss Commercial Gazette are binding.

The information above is given with no commitment and is in no way legally binding.

## NOTARIAL CERTIFICATE

I, LEWIS S. HUNTE, Notary Public of HUNTE & CO., 3rd Floor, Omar Hodge Building, P.O. Box 3504, Road Town, Tortola, British Virgin Islands, duly admitted and sworn in the British Virgin Islands DO HEREBY CERTIFY and CONFIRM that the signature which appears in the attached original Certificate of Incumbency are those of Kezia Elizee and Jerome Rubin-Delanchy who are authorized representatives of ATU General Trust (BVI) Limited, the registered agent of Gold-Coast Nominees Ltd.

Dated the 22nd day August, 2011

..................................................

**Lewis S. Hunte**
Notary Public
British Virgin Islands

# TERRITORY OF ANGUILLA, BRITISH WEST INDIES

## CERTIFICATE OF INCUMBENCY
(In accordance with Part 6, s. 72 (1), (2) of the Anguilla International Business Companies Act, 2000)

### Gold-Coast Nominees Ltd.
("the Company")

We, ATU General Trust (Anguilla) Inc., of Mitchell House, The Valley, Anguilla, British West Indies, the duly appointed Registered Agent of **Gold-Coast Nominees Ltd.**, a Company incorporated in Anguilla, British West Indies, do hereby confirm that the following information is true and correct to the best of our knowledge and belief and that the same information was extracted from the corporate records of the Company at our offices:

1. The Company is validly incorporated in Anguilla under the International Business Companies Act 2000 and is in good standing having paid all fees due and payable.

2. The Company was incorporated on the 19th day of December, 2009.

3. The registered number of the Company is 2154378.

4. The authorised capital of the Company is US$50,000 divided into 50,000 shares with a par value of US$1.00 each.

5. The Sole Director of the Company at the date of this certificate is:

    **Salix Services AG**

6. The Registered Agent of the Company is ATU GENERAL TRUST (ANGUILLA) INC. of Mitchell House, The Valley, Anguilla, British West Indies.

7. The Registered Office of the Company is at P.O. Box 1551, Mitchell House, The Valley, Anguilla, British West Indies.

DATED this 22nd day of August, 2011

By REGISTERED AGENT
ATU General Trust (Anguilla) Inc.

_____
Authorised Signatories

## NOTARIAL CERTIFICATE

I, Laura S. Arthur Notary Public of HUNTE & CO, 2nd Floor, Yamraj Building, P.O Box 3504, Road Town, Tortola, British Virgin Islands, duly admitted and sworn in the British Virgin Islands DO HEREBY CERTIFY and CONFIRM that the signatures which appear on the original Certificate of Incumbency are those of Sanchia Thompson and Kezia Elizeé are the authorized representatives of ATU General Trust (BVI) Limited, the registered agent of IML **Holdings Ltd.** ("the Company").

Dated the 12th day February, 2013.

.................................
Laura S. Arthur
Notary Public
British Virgin Islands




**APOSTILLE**

(Convention de la Haye du 5 octobre, 1961)

1. Country: British Virgin Islands
   This public document
2. has been signed by Laura S. Arthur
3. acting in the capacity of Notary Public
4. bears the seal/stamp of Laura S. Arthur
   Certified
5. at Road Town 6. The 13th day of February, 2013
7. by **Deputy Governor**
8. No. 271568
9. Seal/Stamp_____ 10. _____
   Signature
   _____
   Deputy Governor

## TERRITORY OF THE BRITISH VIRGIN ISLANDS

## CERTIFICATE OF INCUMBENCY
(In accordance with Part V, Div 3, s 107 of the BVI Business Companies Act, 2004)

### IML Holdings Ltd.
("the Company")

We, ATU General Trust (BVI) Limited, of 3076 Sir Francis Drake's Highway, P. O. Box 3463, Road Town, Tortola, British Virgin Islands, the duly appointed Registered Agent of **IML Holdings Ltd.**, do hereby confirm that the following information is true and correct to the best of our knowledge and belief and that the same information was extracted from the corporate records of the Company at our offices:-

1. The Company validly exists under the laws of the British Virgin Islands as a Business Company and is in full force and good standing.

2. The Company was incorporated on the 10th day of December, 2008 under the name Mount Emily Ltd. The name was then changed to ImLive Limited on the 8th day of June, 2009.

3. The name of the company was further changed to IML Holdings Ltd. on the 23rd day of June, 2010.

4. The registered number of the Company is 1513241.

5. The Company is authorized to issue a maximum of 1,000,000 Shares, with or without a par value.

6. The sole director of the Company as at the date of this certificate is:

    **Gold-Coast Directors Ltd.**

7. The Registered Agent of the Company is ATU GENERAL TRUST (BVI) LIMITED of P.O. Box 3463, 3076 Sir Francis Drake's Highway, Road Town, Tortola, British Virgin Islands.

8. The Registered Office of the Company is at 3076 Sir Francis Drake's Highway, Road Town, Tortola, British Virgin Islands.

DATED this 12th day of February, 2013.
By REGISTERED AGENT
ATU GENERAL TRUST (BVI) LIMITED

_____
Authorised Signatories

# NOTARIAL CERTIFICATE

I, Laura S. Arthur Notary Public of HUNTE & CO, 2nd Floor, Yamraj Building, P.O Box 3504, Road Town, Tortola, British Virgin Islands, duly admitted and sworn in the British Virgin Islands DO HEREBY CERTIFY and CONFIRM that the signatures which appear on the original Certificate of Incumbency are those of Jerome Rubin-Delanchy and Kezia Elizeé are the authorized representatives of ATU General Trust (BVI) Limited, the registered agent of **UGC Internet Ventures Ltd.** ("the Company").

Dated the 12th day February, 2013.


Laura S. Arthur
Notary Public
British Virgin Islands



## APOSTILLE

(Convention de la Haye du 5 octobre, 1961)

1. Country: British Virgin Islands
   This public document
2. has been signed by Laura S. Arthur
3. acting in the capacity of Notary Public
4. bears the seal/stamp of Laura S. Arthur
   Certified
5. at Road Town  6. The 12th day of February, 2013
7. by **Deputy Governor**
8. No. 171562
9. Seal/Stamp _____ 10. _____
Signature


**Deputy Governor**

# TERRITORY OF THE BRITISH VIRGIN ISLANDS

## CERTIFICATE OF INCUMBENCY
(In accordance with Part V, Div 3, s 107 of the BVI Business Companies Act, 2004)

### UGC Internet Ventures Ltd.
("the Company")

We, ATU General Trust (BVI) Limited, of 3076 Sir Francis Drake's Highway, P. O. Box 3463, Road Town, Tortola, British Virgin Islands, the duly appointed Registered Agent of **UGC Internet Ventures Ltd.**, do hereby confirm that the following information is true and correct to the best of our knowledge and belief and that the same information was extracted from the corporate records of the Company at our offices:-

1. The Company validly exists under the laws of the British Virgin Islands as a Business Company and is in full force and good standing.

2. The Company was incorporated on the 23rd day of September, 2008 under the name Tavor Investments Limited. The name was then changed to Internet UGC Limited on the 5th day of June, 2009.

3. The name of the company was further changed to UGC Internet Ventures Ltd. on the 23rd day of June, 2010.

4. The registered number of the Company is 1504410.

5. The Company is authorized to issue a maximum of 50,000 Shares with a par value of US$1.00 each.

6. The sole director of the Company as at the date of this certificate is:

   **IML Holdings Ltd.**

7. The Registered Agent of the Company is ATU GENERAL TRUST (BVI) LIMITED of P.O. Box 3463, 3076 Sir Francis Drake's Highway, Road Town, Tortola, British Virgin Islands.

8. The Registered Office of the Company is at 3076 Sir Francis Drake's Highway, Road Town, Tortola, British Virgin Islands.

DATED this 12th day of February, 2013.
By REGISTERED AGENT,
**ATU GENERAL TRUST (BVI) LIMITED**

_____
Authorised Signatories