IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VENTURA CONTENT, LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>UGC INTERNET VENTURES, LTD., SOBONITO INVESTMENTS, LTD., and DOES 1-9,<br><br>    Defendants. | CIVIL ACTION<br><br>FILE NO.1:12-CV-02856-TCB |

## **PLAINTIFF VENTURA CONTENT, LTD.'S NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Ventura Content, Ltd. appeals to the United States Court of Appeals for the Eleventh Circuit from the trial court's Order [Dkt. No. 40] granting Defendants' motion to dismiss and Final Judgment [Dkt. No. 41], both entered in this action on August 13, 2013.

Respectfully submitted, this 12th day of September, 2013.

1126474.1

| | |
|---|---|
| Gianni P. Servodidio (*pro hac vice*) | /s/ Ronan P. Doherty |
| email: gservodidio@jenner.com | Ronan P. Doherty |
| Alison I. Stein (*pro hac vice*) | Georgia Bar No. 224885 |
| email: astein@jenner.com | email: doherty@bmelaw.com |
| JENNER & BLOCK LLP | Randi Engel Schnell |
| 919 Third Avenue; 37th Floor | Georgia Bar No. 248592 |
| New York, NY 10022-3908 | email: schnell@bmelaw.com |
| Telephone: (212) 891-1600 | BONDURANT MIXSON & |
| Facsimile: (212) 891-1699 |   ELMORE LLP |
| | 3900 One Atlantic Center |
| | 1201 W. Peachtree Street, N.W. |
| | Atlanta, Georgia 30309 |
| | Telephone (404) 881-4100 |
| | Facsimile (404) 881-4111 |

*Attorneys for Ventura Content, Ltd.*

1126474.1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this date electronically filed the within and foregoing **PLAINTIFF VENTURA CONTENT, LTD.'S NOTICE OF APPEAL** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

>Phillip S. McKinney
>Richard H. Sinkfield
>Joshua P. Gunnemann
>ROGERS & HARDIN LLP
>229 Peachtree Street NE
>2700 International Tower
>Atlanta, GA  30303
>
>Andrea L. Calvaruso
>Taraneh J. Marciano
>Kelley Drye & Warren
>101 Park Avenue
>New York, NY 10178

This 12th day of September, 2013.

>/s/ Ronan P. Doherty
>Ronan P. Doherty
>Georgia Bar No. 224885